UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X
                                    :
UNITED STATES OF AMERICA            :   **ORDER AND JUDGMENT**
                                    :
        -v.-                        :   20 Cr. 335 (JSR)
                                    :
JOSE VIZCAINO CRUZ,                 :
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - - X

This cause having come on to be heard on the motion of Audrey Strauss, United States Attorney for the Southern District of New York, by Kedar S. Bhatia, Assistant United States Attorney,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

1. The $75,000 personal recognizance bond (the "Bond") executed by Pablo Ezequiel Flores Nunez, Patricia M. Flores Nunez, and Jose A. Garcia be and hereby is FORFEITED.

2. Default judgment in the amount of $75,000 in favor of the United States of America and against Jose Vizcaino Cruz be and hereby is ENTERED and the United States of America shall have execution therefor.

3. Judgment in the amount of $75,000 in favor of the United States of America and against Pablo Ezequiel Flores Nunez, Patricia M. Flores Nunez, and Jose A. Garcia be and hereby is ENTERED and

the United States of America shall have execution therefor.

SO ORDERED.

Dated:   New York, New York
         ~~September~~ 9/4, 2021

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE